ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, HORTENCIA FLORES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HORTENCIA FLORES,<br><br>    Defendant. | CASE NO.  1:08-cr-00124 OWW<br><br>**STIPULATION AND ORDER TO ADVANCE SENTENCING** |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently calendared for May 17, 2010, be advanced to April 19, 2010.

    The parties will be prepared to proceed to sentencing on that date.

DATED: April 14, 2010       /s/ Karen Escobar
    Assistant United States Attorney
    **This was agreed to by Ms. Escobar via email on April 12, 2010**

DATED: April 14, 2010      /s/ Roger K. Litman
    ROGER K. LITMAN
    Attorney for Defendant
    HORTENCIA FLORES

IT IS SO ORDERED.

**Dated:   April 14, 2010**       **/s/ Oliver W. Wanger**
    UNITED STATES DISTRICT JUDGE