ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, HORTENCIA FLORES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:08-cr-00124 OWW |
| Plaintiff, ) | |
| v. ) | **STIPULATION TO AMEND JUDGMENT** |
| HORTENCIA FLORES, ) | |
| Defendant. ) | |
| _____) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that Special Condition No. 8 of the judgment in the instant action, signed by the court on April 20, 2010, be amended to conform with the sentencing order orally rendered by the court on April 19, 2010, to read as follows:

The defendant shall cooperate with officials from the Immigration and Customs Enforcement in the verification of her United States citizenship.

DATED:  April 23, 2010        /s/ Karen Escobar
                              Assistant United States Attorney
                              **This was agreed to by Ms. Escobar via email on April 23, 2010**

DATED:  April 23, 2010        /s/ Roger K. Litman
                              ROGER K. LITMAN
                              Attorney for Defendant
                              HORTENCIA FLORES

IT IS SO ORDERED.

**Dated:   April 23, 2010**          /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE

1